UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRISTAN MICHAEL HYDE,

    Plaintiff,

v.                                                                              Case No. 3:22cv6058-MCR-HTC

JEREMIE VINKLAREK, et. al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 20, 2022. ECF No. 14. The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation (ECF No. 14) is adopted and incorporated by reference in this Order.

Case No. 3:22cv6058-MCR-HTC

2. This matter is DISMISSED for lack of jurisdiction.

3. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 27th day of September 2022.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**